**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DESHAWN DUNDRE BROADNAX, | No. 13-56134 |
| Petitioner, | D.C. No. 3:12-cv-00560-GPC |
| v. | |
| JEFFREY BEARD, Secretary of the California Department of Corrections and Rehabilitation, | MEMORANDUM[*] |
| Respondent - Appellee. | |

Appeal from the United States District Court
for the Southern District of California
Gonzalo P. Curiel, District Judge, Presiding

Submitted December 9, 2014[**]

Before:      WALLACE, LEAVY, and BYBEE, Circuit Judges.

California state prisoner Deshawn Dundre Broadnax appeals pro se from the

district court's judgment denying his 28 U.S.C. § 2254 habeas petition. We have

jurisdiction under 28 U.S.C. § 2253. We review de novo the denial of a habeas

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

corpus petition, *see Fairbank v. Ayers*, 650 F.3d 1243, 1250 (9th Cir. 2011), and

we affirm.

Broadnax contends that the trial court erred in refusing to order a new trial in

light of new evidence that he could have used to impeach a state's witness, who

was charged as Broadnax's codefendant.  Broadnax's allegation that the trial court

misapplied California's rules for new trials does not state a cognizable claim for

federal habeas relief.  *See* 28 U.S.C. § 2254(a); *Estelle v. McGuire*, 502 U.S. 62,

67-68 (1991).

We construe Broadnax's additional arguments, including his allegation of

ineffective assistance of counsel and prosecutorial misconduct under *Brady v.

Maryland*, 373 U.S. 83 (1963), as a motion to expand the certificate of

appealability.  So construed, the motion is denied.  *See* 9th Cir. R.  22-1(e); *Hiivala

v. Wood*, 195 F.3d 1098, 1104-05 (9th Cir. 1999) (per curiam).

Broadnax's motion to stay and abey these proceedings to permit him to

exhaust previously unavailable claims in state court is denied.

**AFFIRMED.**